UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-21610-RAR

**CARTER-MIDDLETON INTERNATIONAL INC.**,

    Plaintiff,

v.

**CITIBANK, N.A.**,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On May 1, 2023, Plaintiff filed its Complaint, [ECF No. 1]. Defendant was served on May 2, 2023. *See* Return of Service, [ECF No. 4]. Per Rule 12 of the Federal Rules of Civil Procedure, Defendant's response or answer to Plaintiff's Complaint was due on or before May 23, 2023. FED. R. CIV. P. 12(a)(1)(A)(i). To date, there is no indication that Defendant has filed its response or answer, nor has Defendant requested an extension of time to do so. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant shall file its response or answer to the Complaint on or before **May 30, 2023**. Failure to do so will result in the entry of default against Defendant without further notice.

**DONE AND ORDERED** in Miami, Florida this 25th day of May, 2023.

*[signature]*
_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**